UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JUL 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEETA THAKUR, on behalf of themselves and all others similarly situated; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>Defendants - Appellants. | No. 25-4249<br><br>D.C. No. 3:25-cv-04737-RFL<br>Northern District of California, San Francisco<br><br>ORDER |

Before: IKUTA, CHRISTEN, and DESAI, Circuit Judges.

The government filed a motion for a partial stay pending appeal. Dkt. No. 7. The response to the motion is due July 22, 2025 at 11:59 P.M. PDT. The optional reply in support of the motion is due July 24, 2025 at 11:59 P.M. PDT.

The panel will hold a fully remote hearing on the motion on July 28, 2025 at 9:00 A.M. PDT.