UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JUL 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEETA THAKUR, on behalf of themselves and all others similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants - Appellants. | No. 25-4249 <br><br> D.C. No. 3:25-cv-04737-RFL <br> Northern District of California, San Francisco <br><br> ORDER |

Before: CHRISTEN, R. NELSON, and DESAI, Circuit Judges.

Due to a conflict, Judge Ikuta has recused herself from this case and Judge R. Nelson has been drawn to replace her. The panel will hold a fully remote hearing on the motion for partial stay pending appeal (Dkt. No. 7) on July 31, 2025, at 10:00 A.M. PDT. The briefing schedule set forth in the July 18, 2025 order (Dkt. No. 8) remains unchanged.