FILED

AUG 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEETA THAKUR, on behalf of themselves and all others similarly situated; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>        Defendants - Appellants. | No. 25-4249<br><br>D.C. No.<br>3:25-cv-04737-RFL<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: PAEZ, CHRISTEN, and DESAI, Circuit Judges.

     Defendants-Appellants filed a 28(j) letter requesting that the National Science Foundation be permitted to join the arguments made in the government's motion to stay. (Dkt. No. 34). Plaintiffs-Appellees are ordered to respond on or before August 27, 2025.