## CIRCUIT RULE 27-10. MOTIONS FOR RECONSIDERATION

**(a) Filing for Reconsideration (1) Time limit for orders that terminate the case** A party seeking further consideration of an order that disposes of the entire case on the merits, terminates a case, or otherwise concludes the proceedings in this Court must comply with the time limits of FRAP 40(a)(1). *(Rev. 7/1/16)*

**(2) Time limit for all other orders** Unless the time is shortened or expanded by order of this Court, a motion for clarification, modification or reconsideration of a court order that does not dispose of the entire case on the merits, terminate a case or otherwise conclude proceedings in this Court must be filed within 14 days after entry of the order. *(Rev. 12/1/09; Rev. 7/1/16)*

**(3) Required showing** A party seeking relief under this rule shall state with particularity the points of law or fact which, in the opinion of the movant, the Court has overlooked or misunderstood. Changes in legal or factual circumstances which may entitle the movant to relief also shall be stated with particularity.