UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEETA THAKUR, on behalf of themselves and all others similarly situated; et al., | No. 25-4249 |
| Plaintiffs - Appellees, | D.C. No. 3:25-cv-04737-RFL Northern District of California, San Francisco |
| v. | ORDER |
| DONALD J. TRUMP, in his official capacity as President of the United States; et al., | |
| Defendants - Appellants. | |

Before: PAEZ, CHRISTEN, and DESAI, Circuit Judges.

Appellees are directed to file a response to Appellants' motion for panel reconsideration or reconsideration en banc (Dkt. 51) within 21 days of the date of this order. The response shall not exceed 15 pages in length unless it complies with the alternative length limitation of 4,200 words. 9th Cir. R. 40-1.