UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

SEP 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEETA THAKUR, on behalf of themselves and all others similarly situated; et al., | No. 25-4249 |
| Plaintiffs - Appellees, | D.C. No. 3:25-cv-04737-RFL Northern District of California, San Francisco |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States; et al., | ORDER |
| Defendants - Appellants. | |

The reply brief submitted by Appellants is filed.

Within 7 days of this order, Appellants must file 6 copies of the brief in paper format bound with gray front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at

http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT