# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEETA THAKUR, on behalf of themselves and all others similarly situated, *et. al*,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants-Appellants. | No. 25-4249 |

**NOTICE OF NON-OPPOSITION**

Plaintiffs-Appellees do not oppose Defendants-Appellants' Motion for a Stay. *See* Dkt. 62.

Respectfully submitted,

October 3, 2025

By: */s/ Kevin R. Budner*
   Kevin R. Budner

ELIZABETH J. CABRASER
RICHARD M. HEIMANN
KEVIN R. BUDNER
ANNIE M. WANLESS
NABILA M. ABDALLAH
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
(415) 956-1000 Telephone
ecabraser@lchb.com
rheimann@lchb.com
kbudner@lchb.com

-1-

-2-

awanless@lchb.com
nabdallah@lchb.com

DONALD E. SOBELMAN
ANTHONY P. SCHOENBERG
LINDA S. GILLERAN
KYLE A. MCLORG
DYLAN M. SILVA
KATHERINE T. BALKOSKI
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400 Telephone
dsobelman@fbm.com
tschoenberg@fbm.com
lgilleran@fbm.com
kmclorg@fbm.com
dmsilva@fbm.com
kbalkoski@fbm.com

ERWIN CHEMERINSKY
CLAUDIA POLSKY
U.C. BERKELEY SCHOOL OF LAW
215 Boalt Hall
Berkeley, California 94720-7200
(510) 642-6483 Telephone
(619) 238-1126 Facsimile
echemerinsky@law.berkeley.edu
cpolsky@law.berkeley.edu

*Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I certify that on October 3, 2025, I filed and served the foregoing document with the Clerk of the Court by causing a copy to be electronically filed via the appellate case management system. I also hereby certify that the participants in the case are registered ACMS users and will be served via ACMS.

*/s/ Kevin R. Budner*
Kevin R. Budner
