UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEETA THAKUR, on behalf of themselves and all others similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants - Appellants. | No. 25-4249 <br><br> D.C. No. 3:25-cv-04737-RFL <br> Northern District of California, San Francisco <br><br> ORDER |

Before: PAEZ, CHRISTEN, and DESAI, Circuit Judges.

The panel has unanimously voted to deny Plaintiffs' motion for reconsideration.

Judge Paez recommends denying the motion for reconsideration en banc, and Judge Christen and Judge Desai so vote. The full court has been advised of the motion for reconsideration en banc, and no judge of the court has requested a vote on the motion.

Plaintiffs' motion for reconsideration or reconsideration en banc (Dkt. 74) is **DENIED.**